IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANDWELLE ELLIS**                                                                **PLAINTIFF**

**V.**                 **CASE NO. 1:17-CV-00019 JLH/BD**

**TRAVIS ENGLER, et al.**                                           **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge J. Leon Holmes. Any party may file written objections to this Recommendation. If objections are filed, they must be specific and must include the factual or legal basis for your objection. Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Holmes can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**     **Discussion**

Andwelle Ellis, an inmate at the Jackson County Detention Center, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) Because Mr. Ellis's complaint was not signed and lacked critical information, the Court ordered him to file a signed, amended complaint within thirty days. (#4) The Court specifically cautioned Mr. Ellis that his claims could be dismissed, without prejudice, if he failed to comply with the Court's order. As of this date, Mr. Ellis has not submitted a signed,

amended complaint, as ordered, and the time for complying with the Court's order has expired.

## III. <u>Conclusion</u>

The Court recommends that Mr. Ellis's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's April 3, 2017 order and his failure to prosecute this lawsuit.

DATED this 9th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE