IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANDWELLE ELLIS                                                                                    PLAINTIFF

V.                              CASE NO. 1:17-CV-00019 JLH/BD

TRAVIS ENGLER, et al.                                                                         DEFENDANTS

## ORDER

The Court has received the Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Ellis's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's April 3, 2017 order and his failure to prosecute this lawsuit. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 31st day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE